UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 16, 2014

MEMO TO COUNSEL RE:  Westport Property Investments, LLC v.
Patrick Turner, et al.
Civil No. JFM-14-557

Dear Counsel:

    I have reviewed the memoranda submitted in connection with the motion for leave to file response filed by Patrick Turner and Neil J. Ruther.  The motion (document 24) is granted.

    I am granting the motion because of the law's preference for resolution of disputes through the adversary process and in light of the representation made by defendants that they can file their opposition promptly.

    The deadline for defendants to file their opposition is October 21, 2014.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge