UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF 101 WEST LOMBARD STREET
J. FREDERICK MOTZ BALTIMORE, MARYLAND 21201
UNITED STATES DISTRICT JUDGE (410) 962-0782
 (410) 962-2698 FAX

January 22, 2015

MEMO TO COUNSEL RE:  Westport Property Investments, LLC v.
 Patrick Turner, et al.
 Civil No. JFM-14-557

Dear Counsel:

 This will confirm, as discussed during the conference held today, that any additional response by defendant to the subpoena issued by plaintiff must be filed on or before January 30, 2015.

 Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

 Very truly yours,

 /s/

 J. Frederick Motz
 United States District Judge